CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JIHONG WU,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISTI NOEM,[1] Secretary of the United States Department of Homeland Security, *et al.*,<br><br>    Defendants. | Case No. 4:25-cv-00755 HSG<br><br>**STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

    The parties apologize to the Court for their delay in submitting a response by November 24, 2025, due to the need for the parties to confer on the case status and reach agreement on the stipulation. The parties submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On September 15, 2025, the Court granted the parties' request to stay proceedings until November 24, 2025, to allow time for the agency to take further adjudicative action on Plaintiff's Form I-589 application. Dkt. No. 12. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff on May 20, 2025. Following the interview, USCIS issued a Request for Evidence ("RFE") to Plaintiff on her Form I-589 application. USCIS scheduled Plaintiff for a re-

---

[1] Kristi Noem is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Joint Status Report and Stipulation
C 4:25-cv-00755 HSG                        1

1. interview for December 19, 2025.

   Accordingly, the parties stipulate and request that the proceedings in this case be stayed until February 17, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: November 25, 2025

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: November 25, 2025

/s/ Zhenxiong Fan
ZHENXIONG FAN
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until February 17, 2026.

Date:   11/26/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.