CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JIHONG WU,

Plaintiff,

v.

KRISTI NOEM,[1] Secretary of the United States Department of Homeland Security, *et al*.,

Defendants.

Case No. 4:25-cv-00755 HSG

**STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER**

The parties submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal.  On November 26, 2025, the Court granted the parties' request to stay proceedings until February 17, 2026.  Dkt. No. 14.  United States Citizenship and Immigration Services ("USCIS") re-interviewed Plaintiff on December 19, 2025.  On December 2, 2025, USCIS issued a Policy Memorandum ("memorandum") that placed a hold on all asylum applications, pending a comprehensive review. *See* https://www.uscis.gov/sites/default/files/document/policy-alerts/PM-602-0192-PendingApplicationsHighRiskCountries-20251202.pdf. (last accessed January 20, 2026).

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

---

[1] Kristi Noem is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation
4:25-cv-00755 HSG                                                1

May 18, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: January 27, 2026                    Respectfully submitted,[2]

                                           CRAIG H. MISSAKIAN
                                           United States Attorney


                                           /s/ Molly Friend
                                           MOLLY FRIEND
                                           Assistant United States Attorney
                                           Attorneys for Defendants


Dated: January 27, 2026                    /s/ Zhenxiong Fan
                                           ZHENXIONG FAN
                                           Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until May 18, 2026.


Date:   1/28/2026

                                           HAYWOOD S. GILLIAM, JR.
                                           United States District Judge

---

[2]  In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation  4:25-cv-00755 HSG

2