CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-6748
    Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JIHONG WU,<br><br>          Plaintiff,<br><br>   v.<br><br>MARKWAYNE MULLIN,[1] Secretary of the United States Department of Homeland Security, *et al*.,<br><br>          Defendants. | Case No. 4:25-cv-00755 HSG<br><br>**STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER** |

The parties submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On January 27, 2026, the Court granted the parties' request to stay proceedings until May 18, 2026. Dkt. No. 17. United States Citizenship and Immigration Services ("USCIS") re-interviewed Plaintiff on December 19, 2025. USCIS is finalizing its decision on Plaintiff's application and the agency needs a brief period of additional time to issue the decision.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until June 1, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

---

[1] Markwayne Mullin is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation
4:25-cv-00755 HSG                 1

appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: May 18, 2026

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney


/s/ Molly Friend
MOLLY FRIEND
Assistant United States Attorney
Attorneys for Defendants


Dated: May 18, 2026

/s/ Zhenxiong Fan
ZHENXIONG FAN
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until June 1, 2026.

Date:   5/19/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

_____

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
4:25-cv-00755 HSG                    2