CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JIHONG WU,

                Plaintiff,

    v.

MARKWAYNE MULLIN,[1] Secretary of the
United States Department of Homeland
Security, *et al.*,

                Defendants.

Case No. 4:25-cv-00755 HSG

**STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; ORDER**

The parties submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On May 19, 2026, the Court granted the parties' request to stay proceedings until June 1, 2026. Dkt. No. 19. United States Citizenship and Immigration Services ("USCIS") re-interviewed Plaintiff on December 19, 2025. Following Plaintiff's asylum interview, USCIS must complete all background, identity, and security checks as required under 8 U.S.C. § 1158(d)(5)(A)(i). While such checks are a routine part of asylum adjudication and are generally completed within the timeframe contemplated by the original stay, they remain pending as of this filing. The parties agree to a brief continuance to allow USCIS to complete these remaining steps.

---

[1] Markwayne Mullin is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation
4:25-cv-00755 HSG                    1

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 1, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: May 29, 2026

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly Friend*
MOLLY FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: May 29, 2026

*/s/ Zhenxiong Fan*
ZHENXIONG FAN
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until July 1, 2026.

Date:   6/1/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
4:25-cv-00755 HSG                                    2